# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

133987

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RONALD L. MERCER d/b/a
R&R SALVAGE,
   Plaintiff-Appellee,

v

            SC: 133987
            COA: 260999
            Ingham CC: 04-000920-AW

CITY OF LANSING, CHIEF OF THE CITY OF
LANSING POLICE DEPARTMENT AND
LANSING POLICE DEPARTMENT,
    Defendants-Appellants.

_____/

   On order of the Court, the application for leave to appeal the February 22, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007                          

t0830                               Clerk